UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW HILL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REDLINE RECOVERY SERVICES LLC/ PENTAGROUP FINANCIAL,<br><br>　　　　Defendant. | Case No. 13-cv-1151-L (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 20]** |

　　Pending before the Court is the parties' joint motion to dismiss this action with prejudice. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action **WITH PREJUDICE**. [Doc. 20.] Each party is to bear its own costs and attorneys' fees.

　　**IT IS SO ORDERED.**

DATED: June 11, 2014

　　　　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

13cv1151